

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00467-CR

Gary Franz **DEVAUGHN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CR-11400
Honorable Ron Rangel, Judge Presiding

BEFORE JUSTICE WATKINS, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED March 13, 2024.

_____
Beth Watkins, Justice